BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
Assistant United States Attorney
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3045
    Facsimile: (213) 894-6269
    E-mail:    samuel.diaz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-595-MCS |
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| YEVGENI GERSHMAN, et al., | |
| Defendant. | **CURRENT TRIAL DATES:**<br>September 23, 2025[1]<br><br>September 30, 2025[2]<br><br>**CURRENT STATUS CONFERENCE DATE:**<br>September 15, 2025[3]<br><br>September 22, 2025[4]<br><br>**PROPOSED TRIAL DATE:**<br>May 5, 2026<br><br>**PROPOSED STATUS CONFERENCE DATE:**<br>April 27, 2026 |

---

    [1] For defendants Gershman, Tourevski, Austria, Cohen, Arenas, Krachun, and Cojocari.

    [2] For defendant KATS.

    [3] For defendants Gershman, Tourevski, Austria, Cohen, Arenas, Krachun, and Cojocari.

    [4] For defendant Kats.

1    Plaintiff United States of America, by and through its counsel
2    of record, the Acting United States Attorney for the Central District
3    of California and Assistant United States Attorney Samuel J. Diaz,
4    and defendants Yevgeni Gershman, both individually and by and through
5    his counsel of record, David Kenner, defendant Evgeni Tourevski, by
6    and through his counsel of record, defense attorney Brett A.
7    Greenfeld, , defendant Yarin Cohen, by and through his counsel of
8    record, defense attorneys Reuven L. Cohen, Brittany L. Lane, and
9    Daniel Natal, defendant Gilbert Arenas, by and through his counsel of
10   record, defense attorneys Janine F. Cohen and Jerome H. Friedberg,
11   defendant Ievgen Krachun, by and through his counsel of record,
12   defense attorney John Targowski, defendant Valentina Cojocari, by and
13   through her counsel of record, defense attorney David R. Reed hereby
14   stipulate as follows:

15        1.    The Indictment in this case was made public on July 30,
16   2025.  Defendants Gershman, Tourevski, Austria, Cohen, Arenas,
17   Krachun, and Cojocari first appeared before a judicial officer of the
18   court in which the charges in this case were pending on July 30,
19   2025.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required
20   that the trial for these defendants commence on or before October 8,
21   2025.  Defendant Kats first appeared before a judicial officer of the
22   court in which the charges in this case were pending on August 7,
23   2025.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required
24   that the trial for defendant Kats commence on or before October 16,
25   2025.

26        2.    On July 30, 2025, the Court set a trial date of September
27   23, 2025, and a status conference date of September 15, 2025, for

28

defendants Gershman, Tourevski, Austria, Cohen, Arenas, Krachun, and Cojocari.

3.  On August 7, 2025, the Court set a trial date of September 30, 2025, and a status conference date of September 22, 2025 for defendant Kats.

4.  Defendant Gershman is detained pending trial. Defendants Tourevski, Austria, Cohen, Kats, Arenas, Krachun, and Cojocari are released on bond pending trial. The parties estimate that the trial in this matter will last approximately seven to ten days.

5.  By this stipulation, defendants Gershman, Tourevski, Cohen, Arenas, Krachun, and Cojocari move to continue the trial date to May 5, 2026 and the status conference date to April 27, 2026.

6.  Defendants Gershman, Tourevski, Cohen, Arenas, Krachun, and Cojocari request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.  Defendant Gershman is charged in this matter with violations of 18 U.S.C. § 371: Conspiracy to Operate an Illegal Gambling Business; 18 U.S.C. § 1955: Operation of an Illegal Gambling Business; 18 U.S.C. § 371: Conspiracy to Engage in Marriage Fraud; 8 U.S.C. § 1325(c): Marriage Fraud; and 18 U.S.C. § 1546(a): False Statements in Visas, Permits, and Other Immigration Documents.

b.  Defendant Tourevski is charged in this matter with violations of 18 U.S.C. § 371: Conspiracy to Operate an Illegal Gambling Business and 18 U.S.C. § 1955: Operation of an Illegal Gambling Business.

c.  Defendant Cohen is charged in this matter with violations of 18 U.S.C. § 371: Conspiracy to Operate an Illegal

1  Gambling Business and 18 U.S.C. § 1955: Operation of an Illegal

2  Gambling Business.

3       d.   Defendant Arenas is charged in this matter with

4  violations of 18 U.S.C. § 371: Conspiracy to Operate an Illegal

5  Gambling Business; 18 U.S.C. § 1955: Operation of an Illegal Gambling

6  Business; and 18 U.S.C. § 1001(a)(2): Making False Statements.

7       e.   Defendant Krachun is charged in this matter with

8  violations of 18 U.S.C. § 371: Conspiracy to Operate an Illegal

9  Gambling Business and 18 U.S.C. § 1955: Operation of an Illegal

10 Gambling Business.

11      f.   Defendant Cojocari is charged in this matter with

12 violations of 18 U.S.C. § 371: Conspiracy to Engage in Marriage

13 Fraud; 8 U.S.C. § 1325(c): Marriage Fraud; and 18 U.S.C. § 1546(a):

14 False Statements in Visas, Permits, and Other Immigration Documents.

15      g.   The government has made an initial production of

16 discovery materials to defendants, including reports, numerous

17 photographs, recorded audio interviews, and video files.  The

18 government will be producing a large amount of discovery including

19 protective order materials containing CI/CW materials and third-party

20 PII, as well as numerous additional reports and multimedia.

21      h.   Counsel for defendants Gershman, Tourevski, Cohen,

22 Arenas, Krachun, and Cojocari have several trial conflicts, listed in

23 Exhibit A below.

24      i.   In light of the foregoing, counsel for defendants

25 Gershman, Tourevski, Cohen, Arenas, Krachun, and Cojocari also

26 represent that additional time is necessary to confer with

27 defendants, conduct and complete an independent investigation of the

28 case, conduct and complete additional legal research including for

4

potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

j.    Defendants Gershman, Tourevski, Cohen, Arenas, Krachun, and Cojocari believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

k.    The government does not object to the continuance.

l.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

7.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of September 23, 2025 to May 5, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits

established by the Speedy Trial Act; and (iii) failure to grant the
continuance would unreasonably deny defendant continuity of counsel
and would deny defense counsel the reasonable time necessary for
effective preparation, taking into account the exercise of due
diligence.

8.    Defendant Kats objects to continuing the trial in this
matter.  Defendant Austria indicated that he was in favor of a
continuance, but did not reply to the government's repeated attempts
to obtain his trial conflicts or signature.  Nonetheless, the
stipulating parties agree that, pursuant to 18 U.S.C. § 3161(h)(6),
the time period of September 23, 2025 to May 5, 2026 constitutes a
reasonable period of delay for defendants Austria and Kats, who are
joined for trial with codefendants as to whom the time for trial has
not run and no motion for severance has been granted.

//

//

//

9.     Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: September 9, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division


_____/s/_____
SAMUEL J. DIAZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am Yevgeni Gershman's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than May 5, 2026 is an informed and voluntary one.

_____     9/11/2025
DAVID E. KENNER                      Date
Attorney for Defendant
YEVGENI GERSHMAN


I have read this stipulation and have carefully discussed it with my attorney. This agreement has been read to me in Russian, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than May 5, 2026.

_____     09/11/2025
YEVGENI GERSHMAN                     Date
Defendant


### CERTIFICATION OF INTERPRETER

I, VLADIMIR FERKELMAN, am fluent in the written and spoken English and Russian languages. I accurately translated this entire agreement from English into Russian to defendant Gershman on this date.

_____     9/11/25
INTERPRETER                          Date

8

I am Evgeni Tourevski's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than May 5, 2026 is an informed and voluntary one.

_____          _____
BRETT A. GREENFIELD                        Date
Attorney for Defendant
EVGENI TOUREVSKI

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than May 5, 2026.  I understand that I will be ordered to appear in Courtroom 7C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 5, 2026 at 8:30 a.m.

_____          _____
EVGENI TOUREVSKI                           Date
Defendant

1    I am Evgeni Tourevski's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client.  I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than May 5, 2026 is an

7    informed and voluntary one.

8    _____          09/10/2025

9    BRETT A. GREENFIELD                _____
     Attorney for Defendant            Date
10   EVGENI TOUREVSKI

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney.  I understand my Speedy Trial rights.  I

14   voluntarily agree to the continuance of the trial date, and give up

15   my right to be brought to trial earlier than May 5, 2026.  I

16   understand that I will be ordered to appear in Courtroom 7C of the

17   Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May

18   5, 2026 at 8:30 a.m.

19   _____          09/09/2025

20   EVGENI TOUREVSKI                   _____
     Defendant                         Date
21

22

23

24

25

26

27

28

I am Allan Austria's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than May 5, 2026 is an informed and voluntary one.

_____     _____
GEORGE G. MGDESYAN                   Date
Attorney for Defendant
ALLAN AUSTRIA

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than May 5, 2026.  I understand that I will be ordered to appear in Courtroom 7C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 5, 2026 at 8:30 a.m.

_____     _____
ALLAN AUSTRIA                        Date
Defendant

I am Yarin Cohen's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than May 5, 2026 is an informed and voluntary one.

_____          September 12, 2025
REUVEN L. COHEN                             _____
BRITTANY L. LANE                            Date
DANIEL NATAL
Attorneys for Defendant
ALLAN AUSTRIA


I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than May 5, 2026.  I understand that I will be ordered to appear in Courtroom 7C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 5, 2026 at 8:30 a.m.

_____          9/10/2025
YARIN COHEN                                 _____
Defendant                                   Date

11

1      I am Gilbert Arenas's attorney.  I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than May 5, 2026 is an

7 informed and voluntary one.

8 _____          September 10, 2025

9 JANINE F. COHEN               Date
   JEROME H. FRIEDBERG

10 Attorneys for Defendant
   GILBERT ARENAS

11

12      I have read this stipulation and have carefully discussed it

13 with my attorney.  I understand my Speedy Trial rights.  I

14 voluntarily agree to the continuance of the trial date, and give up

15 my right to be brought to trial earlier than May 5, 2026.  I

16 understand that I will be ordered to appear in Courtroom 7C of the

17 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May

18 5, 2026 at 8:30 a.m.

19

20 _____          September 10, 2025

21 GILBERT ARENAS               Date
   Defendant

22

23

24

25

26

27

28

I am Ievgen Krachun's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than May 5, 2026 is an informed and voluntary one.

_____          _____
JOHN TARGOWSKI                       Date
Attorneys for Defendant
IEVGEN KRACHUN


I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than May 5, 2026.  I understand that I will be ordered to appear in Courtroom 7C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 5, 2026 at 8:30 a.m.

_____          _____
IEVGEN KRACHUN                       Date
Defendant

I am Ievgen Kiachun's attorney. I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights. To my knowledge, my client understands those rights and
agrees to waive them. I believe that my client's decision to give up
the right to be brought to trial earlier than May 5, 2026 is an
informed and voluntary one.

_____           _____9/9/2025_____
JOHN TASCOWSKI                       Date
Attorneys for Defendant
IEVGEN KIACHUN


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights. I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than May 5, 2026. I
understand that I will be ordered to appear in Courtroom 10 at the
Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May
5, 2026 at 8:30 a.m.

_____           _____09/09/2025_____
IEVGEN KIACHUN                       Date
Defendant

1    I am Valentina Cojocari's attorney. I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights. To my knowledge, my client understands those rights and

5 agrees to waive them. I believe that my client's decision to give up

6 the right to be brought to trial earlier than May 5, 2026 is an

7 informed and voluntary one.

8                                                    9/10/25

9 DAVID R. REED                                      Date
  Attorneys for Defendant
10 VALENTINA COJOCARI

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights. I

14 voluntarily agree to the continuance of the trial date, and give up

15 my right to be brought to trial earlier than May 5, 2026. I

16 understand that I will be ordered to appear in Courtroom 7C of the

17 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May

18 5, 2026 at 8:30 a.m.

19                                                   9/10/2025

20 VALENTINA COJOCARI                                Date
  Defendant

21

22

23

24

25

26

27

28

                              14

**CERTIFICATE OF SERVICE**

I, <u>**SHYANNE MILES**</u>, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By electronic mail delivery, as follows:

**David E Kenner**
**Email: David@KennerLaw.com**

This Certificate is executed on September 12, 2025, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____

SHYANNE MILES