# EXHIBIT A

**From:** Jerry Friedberg
**Sent:** Thursday, September 11, 2025 5:59 PM
**To:** Brittney_Mayfield@cacp.uscourts.gov
**Cc:** Diaz, Samuel (USACAC) <samuel.diaz@usdoj.gov>
**Subject:** RE: Gilbert Arenas

I am Gilbert Arenas's attorney. As you know, Mr. Arenas is on supervised release. One of the terms of his release provides that Arenas must "avoid all contact directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution."

The government recently attempted to subpoena Mr. Arenas's business manager, Regina Jones, thereby indicating that she is a witness or potential witness in this matter. Ms. Jones is deeply involved in Mr. Arenas's business affairs and his day-to-day life, so it is not practical for Mr. Arenas to avoid any contact with Ms. Jones. In addition, this condition of release was intended primarily to protect witnesses; Mr. Arenas is not dangerous and certainly does not pose a threat to Ms. Jones.

I contacted the Assistant United States Attorney, Samuel Diaz, who is copied here. AUSA Diaz agreed that the conditions of supervised release could be modified to permit Mr. Arenas to communicate with Ms. Jones and authorized me to add his signature to a Stipulation modifying the conditions of release. A copy of the Stipulation is attached.

We filed the Stipulation earlier today, and received an email from Chambers asking that we make a supplemental filing setting forth the position of Pretrial Services with respect to the proposed modification to the terms of Mr. Arenas's release.

I would like to be able to represent to the Court that Pretrial Services has no objection to the proposed modification to the terms of Mr. Arenas's supervised release. Please let me know if I

may make that representation.

If you have any questions or concerns, please contact me so we can discuss them.

Thank you.



Jerome H. Friedberg, Esq.
Partner
**ISAACS FRIEDBERG ZILL**
555 South Flower Street, Suite 4250
Los Angeles, CA 90071
(O) 213-929-5550
(D) 213-929-5541

*Please consider the environment before printing this e-mail*

---

WARNING: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the law firm of Isaacs • Friedberg • Zill LLP which may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please notify Isaacs • Friedberg • Zill LLP immediately at (213) 929-5550. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

1  Jerome H. Friedberg (SBN 125663)
2  Janine F. Cohen (SBN 203881)
   **ISAACS · FRIEDBERG · ZILL LLP**
3  555 South Flower Street, Suite 4250
   Los Angeles, California 90071
4  Phone:      (213) 929-5550
   Facsimile:  (213) 955-5794
5  Email:   *jfriedberg@ifzcounsel.com*
              *jcohen@ifzcounsel.com*
6
7  Attorneys for Defendant
   GILBERT ARENAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>GILBERT ARENAS,<br><br>             Defendant. | CASE NO. 2:25-CR-00595-MCS-JC<br><br>Assigned to:  Hon. Mark C. Scarsi,<br>                     Courtroom:  7C<br><br>**STIPULATION MODIFYING CONDITIONS OF SUPERVISED RELEASE**<br><br>Trial:  September 23, 2025 |

- 1 -
**STIPULATION MODIFYING CONDITIONS OF SUPERVISED RELEASE**
817341.2

Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Samuel J. Diaz, and defendant Gilbert Arenas, by and through his counsel of record, Jerome H. Friedberg, hereby stipulate as follows:

**WHEREAS,** Arenas is charged with violations of 18 U.S.C. section 371: Conspiracy to Operate an Illegal Gambling Business; 18 U.S.C. section 1955: Operation of an Illegal Gambling Business and 18 U.S.C. section 1001: Making a False Statement;

**WHEREAS,** Arenas has pleaded not guilty and is released on bond pending trial, subject to the terms and conditions of his supervised release;

**WHEREAS,** a condition of Arenas's supervised release provides that Arenas must "[a]void all contact directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution."

**WHEREAS**, the government believes that Regina Jones is a witness or potential witness in this action;

**WHEREAS**, Ms. Jones is Arenas's business manager who is closely involved in his day to day and business affairs; and

**WHEREAS**, there is no reason to believe that contact between Arenas and Jones would pose a danger;

**THEREFORE**, the parties request as follows:

1. The terms of Arenas' Supervised Release be modified to permit Arenas and Ms. Jones to be in contact with each other and eliminate any restriction to the contrary;

2. Defendant Arenas is not permitted to engage in any communications with Ms. Jones which would constitute the obstruction of justice.

**IT IS SO STIPULATED.**

DATED: September 11, 2025     **UNITED STATES OF AMERICA**

*/s/ Samuel J. Diaz*
Samuel J. Diaz, Esq.

*Attorneys for Plaintiff,
United States of America*

DATED:  September 11, 2025     **ISAACS · FRIEDBERG · ZILL LLP**

[signature]

Jerome H. Friedberg, Esq.
Janine F. Cohen, Esq.

*Attorneys for Defendant Gilbert Arenas*