| AO 436 (Rev. 04/13) *Read Instructions.* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| 1. NAME David Kenner | 2. PHONE NUMBER (818) 995-1195 | 3. EMAIL ADDRESS David@kennerlaw.com | |
| 4. MAILING ADDRESS 16633 Ventura Blvd | 5. CITY Encino | 6. STATE CA | 7. ZIP CODE 91436 |
| 8. CASE NUMBER 25-CR-00595-MSC-1 | 9. CASE NAME USA v Gershman et al. | DATES OF PROCEEDINGS 10. FROM 10/6/2025  11. TO 10/6/2025 | |
| 12. PRESIDING JUDGE Judge Mark Scarci | | LOCATION OF PROCEEDINGS 13. CITY Los Angeles  14. STATE CA | |

### 15. ORDER FOR

- ☐ APPEAL
- ☒ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☒ BAIL HEARING | 10/06/2025 | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| | |

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY

AO 436
(Rev. 04/13)

# INSTRUCTIONS
## GENERAL

**Use.**  Use this form to order duplicate audio recordings of proceedings.  Complete a separate order form for each case number for which audio recordings are ordered.

**Completion**.  Complete Items 1-19.  Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.**  Keep a copy for your records.

**Mailing or Delivering to the Court.**  Mail or deliver two copies to the Office of the Clerk of Court.

**Deposit Fee.**  For orders of 20 or more audio recordings, the court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court.  Upon receipt of the deposit, the court will process the order.

**Delivery Time.**  Delivery time is computed from the date of receipt of the deposit fee (if requested, otherwise computed from the court's receipt date).

**Completion of Order.**  The court will notify you when the audio recordings are completed.

**Balance Due.**  If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.

Item 8.       Only one case number may be listed per order.

Item 15.      Place an "X" in each box that applies.

Item 16.      Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested.

Item 17.      Place an "X" in each box that applies.  Indicate the number of additional copies ordered.

Item 18.      Sign in this space to certify that you will pay all charges upon completion of the order.  (This includes the deposit plus any additional charges.)

Item 19.      Enter the date of signing.

Shaded Area.  Reserved for the court's use.