**DAVID E. KENNER**
Cal. Bar No. 41425
Kenner Law Firm, LLP
16633 VENTURA BLVD., #735
ENCINO, CALIFORNIA 91436
PHONE: (818) 995-1195
EMAIL: DAVID@KENNERLAW.COM

ATTORNEY FOR DEFENDANT
YEVGENI GERSHMAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00595-MCS |
| Plaintiff, | NOTICE OF SANCTION |
| vs. | DATE: 12/31/2025 |
| YEVGENI GERSHMAN, | PLACE: Dept 7C |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to California Rule of Court 9.10 this will serve as notice of the ninety (90) day suspension of attorney David E. Kenner effective January 1, 2026.

- 1 -
NOTICE OF SANCTION

1 | Respectfully submitted this 31st day of December , 2025
2 |
3 |                                    KENNER LAW FIRM, LLP
4 |
5 |
6 |                                    _____*David Kenner*_____
                                       David E. Kenner
7 |                                    Attorney for Defendant
                                       YEVGENI GERSHMAN
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

- 2 -
NOTICE OF SANCTION

1
2
3

PROOF OF SERVICE

4

STATE OF CALIFORNIA

5

COUNTY OF LOS ANGELES

6  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a
7  party to the within action; my business address is:

8  KENNER LAW FIRM, APC
16633 Ventura Boulevard, Suite 735
9  Encino, CA 91436
Ph: (818) 995-1195
10  Fx: (818) 475-5369

11  On November 25, 2025, I served the foregoing document described Notice of Sanctions, on the
interested parties by, Email:
12

13  Samuel Diaz

14  samuel.diaz@usdoj.gov

15
[ ]    BY U.S. MAIL; I placed such envelope(s) addressed as shown below, with postage
16  fully prepaid, in a United States Postal service mailbox in Encino, California, for collection
and mailing.
17

18  [X]    VIA FACSIMILE: I caused such document to be served via facsimile to the
addressee(s) and number(s) shown below.
19

20  I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

21

22  EXECUTED under penalty of perjury this 31st  day of Decmber 2025, at Encino, California.

23

*SM*
24  _____
Steve McClain
25
26
27
28

- 3 -
NOTICE OF SANCTION